# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

THERMO JULIO REINA-DEL ROSARIO

**CASE NO.** 3:17-CR-534-01 GAG

USM # 52635-069

## JUDGMENT OF DISMISSAL

Defendant <u>THERMO JULIO REINA-DEL ROSARIO</u> has been charged with the offense(s) of:

Count 1- 8:1326(a) REENTRY OF REMOVED ALIENS

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

☐ The Court has granted the motion of the government for dismissal with prejudice,            , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

☑ The Court has dismissed the charges with prejudice,            for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

☐ The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

☐ The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on December 21st, 2017.

S/ Gustavo A. Gelpi
United States District Judge